```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

**KAREEM HASSAN MILHOUSE,**        :
                                   :
       **Plaintiff**          :      CIVIL NO. 1:15-CV-00714
                                   :
  **vs.**                         :
                                   :
**TERRY O'BRIEN, et al.,**         :      (Judge Rambo)
                                   :
                                   :
       **Defendants**         :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and/or for summary judgment (Doc. 29) is **GRANTED** as set forth below.

2. The claims against Defendants O'Brien, Brinson, Boyd, McGee, Watts and Eichenlaub are **DISMISSED** for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

3. The Clerk of Court shall enter judgment in favor of Defendants Angelo and Ebbert and against Milhouse.

4. The Clerk of Court shall CLOSE this case.

5. Any appeal from this order shall be deemed frivolous, without probable cause and not taken in good faith.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge

Date: June 8, 2016